UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN JAMES,<br><br>                Plaintiff,<br><br>    v.<br><br>ERIC ASKREN, et al.,<br><br>                Defendants. | No. CV-11-5161-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE** |

    This matter comes before the Court on Magistrate Judge James P. Hutton's April 8, 2013 Report and Recommendation, ECF No. 33, in which Magistrate Judge Hutton recommends that that Defendants' Motion for Summary Judgment, ECF No. 21, be granted. Defendants are represented by Candie M. Dibble and Kevin C. Elliott of the Washington State Attorney General's Office. Plaintiff represents himself *pro se*; however, he received timely notice and warning of the requirements of summary judgment and dispositive motion rules. ECF No. 27. The deadline for filing objections to the Report and Recommendation lapsed on April 22, 2013, and no objections were received. Having reviewed the Report and Recommendation, the Court is fully informed and adopts Magistrate Judge Hutton's report and recommendation in its entirety.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION, DIRECTING
ENTRY OF JUDGMENT, AND CLOSING FILE - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 33**, is **ADOPTED** in its entirety.
2. Defendants' Motion for Summary Judgment, **ECF No. 21**, is **GRANTED.**
3. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of all Defendants and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Plaintiff, defense counsel, and Magistrate Judge Hutton.

**DATED** this  23rd  day of April 2013.

                              s/ Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge