AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN JAMES,

                              Plaintiff,

           v.

ERIC ASKREN, et al.,

                            Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5161-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is found in favor of all defendants. Plaintiff's complaint is dismissed with prejudice.

4/23/2013

*Date*

SEAN F. McAVOY

*Clerk*

s/ Pam Howard

*(By) Deputy Clerk*

Pam Howard